Judge Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR03-311P |
| Plaintiff, ) | |
| v. ) | STIPULATED ORDER ON |
| ) | CONTINUANCE OF TRIAL |
| ) | AND PRETRIAL MOTIONS |
| GONZALO HENAO-EUSSE, ) | DEADLINE |
| ) | |
| Defendant. ) | |

It is hereby stipulated by the defendant Gonzalo Henao-Eusse, through his attorney Robert Goldsmith, and the plaintiff United States of America, through Assistant United States Attorney Todd Greenberg, that it is in the interest of justice to continue the trial date to August 1, 2005, or such date as the court orders, and to extend the pretrial motions deadline from May 19, 2005, to July 11, 2005.

This stipulation is made on the following grounds that this case has a large volume of material to review, a trial transcript to order and review, and since both parties agree this continuance is in order:

THIS COURT FINDS, pursuant to, 18 U.S.C. § 3161 (h)(8)(A), that the ends of justice will best be served by a continuance, and that they outweigh the best interests of the public and the defendant in a speedy trial and that the defendant has waived his Speedy Trial Act rights;

FURTHER THIS COURT FINDS, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) that the failure to grant would result in a miscarriage of justice and would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence,

ORDER - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-2800

IT IS HEREBY ORDERED that the pretrial motions deadline will be extended to July 7, 2005, and that the trial in this matter will be continued from June 27, 2005, until August 15, 2005, and the period of delay from June 27, 2005, to August 30, 2005 is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161 (h)(8)(A).

DONE this 23rd day of June, 2005.

/s/ Marsha J. Pechman
U.S. District Court Judge

Presented By:

S/_____
Robert Goldsmith
Attorney for Defendant
Email: bobgoldsmith@hotmail.com

S/_____
Todd Greenberg
Ass't U.S. Attorney
Email: Todd.Greenberg4@usdoj.gov

ORDER - 2

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-2800

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent electronically to Todd Greenberg, Assistant U.S. Attorney, counsel of record for the Government.

DATED this 22nd day of June, 2005.

    _/s/ R. Goldsmith_____
Robert Goldsmith, WSBA # 12265
Email: Bobgoldsmith2@juno.com
Attorney for defendant

ORDER – 3

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-2800